In The United States District Court For
The Western District Of Missouri

Timothy Green Jr. #201621348

Case No. 17-0571-CV-W-GAF-P

v.

Joe Piccinini,
Director.

Prohibitory Injunction And Preventive Injunction

Come Now, Inmates at the Jackson County Detention Center, 1300 Cherry St., Kansas City, Missouri 64106: Timothy Green #201621348, Terrance Morris #201610111 Cortez Mosby #201733462, Casey A. Mills 201728656 Byronk Williams #201735595, Casey Ellis #201737625, Darryl Schaeffel #201600570 Deron McCormick 20173117, Clarence E. Woods III #201620751: Are requesting that the Court grant Petitioners relief on this Petition, on the unsanitary and contaminated water, state the following:

1.) The Jackson County Detention Center (J.C.D.C) Authority and or Administration will not let the Inmates file

grievance on complaints against the jail, to exhaust there Administration Remedies.

2.) The water at the (JCDC) have some type of contamination in the water, that dry the Inmates mouth, give the Inmates dry mouth or cotton mouth, with the feeling of dehydration and increased thirst.

3. The more water you drink the more dry your mouth becomes, doing sleep at night it extremely hard to swallow or very difficulty with swallowing, the mouth and throat become extremely dry. In the morning waking up the mouth is completely dry, the salva is like a very think form, are if any salva.

4. The Inmates complain and suffer from: back and kidney pains, nose bleeds, chronic migrane headaches, dry sore throat - with cough, dry gum, dry tongue, the water leave a chalky taste in the mouth.

5) All of the (JCDC) employee's drink distill water in a bottle.

6.) These conditions we live under everyday cause pain and serious to our health, The Inmates are asking for some type of relief, the water being purify and or

-2-

Fresh water, The drying of the Mouth, It's a feeling like dieing of thirst at time.

We the Inmates at the Jackson County Detention Center pray that the Court grant this Petition for Relief!

I declare under penalty of perjury that the foregoing is true and correct

Executed (signed) this __4__ day of __July__ 20__17__

_Timothy Green_
_Tyrone Harris_
_T. Mix_
_Casey A. Miller_
_Byron R. Williams_
_x Casey Ellis_
_Devon McCormick_
_Clarence E. Woods III_
_Rahsy Oldse, Rodney Shulse_
_Davey Whilauffel_

Timothy Green
Jackson County Detention Center
1300 Cherry St.
Kansas City, Missouri 64106

THIS MAIL IS FROM AN INMATE IN CUSTODY OF THE DEPT. OF CORRECTIONS

RECEIVED
2017 JUL 12 AM 11:50
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY

Clerk of the District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, Missouri 64106

64106-260801